# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>Leonard L. Luton<br><br>*Defendant(s)* | )<br>)<br>)<br>)  Case No.  19-mj-00025-NRN<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of __January 22, 2019__, in the county of __Larimer__ in the _____ District of ____Colorado____, the defendant (s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1349 | Attempt and Conspiracy to Commit Mail Fraud (18 U.S.C. 1341) |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*s/Kevin P. Hoyland*
*Complainant's signature*

Kevin P. Hoyland, FBI Special Agent
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
   x☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 01/31/2019

City and state: Denver, Colorado

*Judge's signature*

Magistrate Judge N. Reid Neureiter
*Printed name and title*