DEFENDANT: Leonard L. Luton

YOB: 1976

ADDRESS (CITY/STATE): Brooklyn, NY

OFFENSE(S): Attempt and Conspiracy to Commit Mail Fraud, 18 U.S.C. 1349 (18 U.S.C. 1341)

LOCATION OF OFFENSE (COUNTY/STATE): Larimer County, CO

PENALTY:   NMT 20 years in prison, NMT $250,000 fine, or twice the financial gain or loss from the offense, whichever is greater, or both imprisonment and a fine; NMT 3 years of supervised release; $100 special assessment

AGENT: Kevin P. Hoyland

AUTHORIZED BY:   Martha A. Paluch
                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less     __X__ over five days     _____ other

THE GOVERNMENT

__X__ will seek detention in this case     _____ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:     _____ Yes     __X__ No