AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) |
|  | ) Case No.  19-mj-00025-NRN |
| Leonard L. Luton | ) |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Leonard L. Luton, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information **X** Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1349, Attempt and Conspiracy to Commit Mail Fraud (18 U.S.C. 1341)

Date: 01/31/2019

*Issuing officer's signature*

City and state: Denver, Colorado

Magistrate Judge N. Reid Neureiter
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*