IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-mj-00025-NRN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LEONARD L. LUTON,

      Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce LEONARD LUTON, YOB: 1976, Jail ID P-40936, before a United States Judge forthwith for proceedings and appearances upon the charges in the Criminal Complaint, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the

institution where he is now confined.

SO ORDERED this 1st day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO