IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-mj-00025-NRN

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**LEONARD L. LUTON,**

       Defendant.

---

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

      TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

      This Writ is issued upon Order of the United States District Court for the District of Colorado.   I hereby command that you bring the body of LEONARD LUTON, YOB: 1976, Jail ID P-40936, defendant herein, now being confined in the Larimer County Jail, 2405 Midpoint Dr, Fort Collins, CO 80525, before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith, to appear for an initial appearance and to hold the defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of these proceedings in the United States District Court

for the District of Colorado, you shall return the defendant to the institution where he was confined.

DATED at Denver, Colorado, this  4th  day of  February , 2019.

BY THE COURT:

JEFFREY P. COLWELL

s/ T. Sheridan, Deputy Clerk
CLERK, UNITED STATES DISTRICT COURT