IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     19-mj-00025-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD L. LUTON,

    Defendant.

___

## NOTICE OF APPEARANCE
___

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Laura Suelau
    LAURA SUELAU
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Laura_Suelau@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that on February 7, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Paluch, AUSA
    Email: Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Leonard Luton      (via Mail)
    Reg. No. 45133-013
    c/o Federal Detention Center

                          s/ Laura Suelau
                          LAURA SUELAU
                          Assistant Federal Public Defender
                          633 17th Street, Suite 1000
                          Denver, CO  80202
                          Telephone:  (303) 294-7002
                          FAX:  (303) 294-1192
                          Laura_Suelau@fd.org
                          Attorney for Defendant